UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 03-81011

UNITED STATES OF AMERICA,

-V-

PAUL SEXTON,

_____/

ORDER MODIFYING REPORTING DATE

The Government having requested a modification of Defendant's reporting date, therefore;

IT IS ORDERED that the defendant report to the Federal Correctional Institution at Milan, Michigan on Monday, July 6, 2009 at 9:00 a.m.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Date: July 2, 2009

TO:
Karen Reynolds
Raymond Cassar